Charles G. WELCH and Ed. R. Estberg, Trustees, and Western Farm Land Company, a Corporation, Appellants, v. FERGUS COUNTY, a Political Subdivision of the State of MONTANA, Board of County Commissioners of Fergus County, Montana, and A. W. Stoddard, R. W. Blake and Andrew Green, Members of said Board, Delia C. Marshall, as County Clerk of Fergus County, Montana, and E. O. Hedrick, as County Treasurer of Fergus County, Montana, Appellees.

No. 6392.

Circuit Court of Appeals, Ninth Circuit.
June 8, 1931.

Ralph J. Anderson, of Lewistown, Mont., and William Ryan, of Madison, Wis., for appellants.

C. E. Baker, of Lewistown, Mont., and Gunn, Rasch, Hall & Gunn, of Helena, Mont., for appellees.

Before WILBUR and SAWTELLE, Circuit Judges, and NETERER, District Judge.

PER CURIAM.

Affirmed on authority of Judith Basin Land Company v. Fergus County, etc. (C. C. A.) 50 F.(2d) 792, just decided.